UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

AARON C. PORTER,

    Plaintiff,

v.                                      Case No. 5:19cv82-TKW-MJF

MARK INCH, et al.,

    Defendant.

_____/

# ORDER

This case is before the Court based upon the magistrate judge's Report and Recommendation (Doc. 11) and the objections filed by Plaintiff (Doc. 12). Based on my de novo review of the issues raised in the objections, I agree with the magistrate judge that this case is due to be dismissed pursuant to the "three strikes" provision in 28 U.S.C. §1915(g).[1] Accordingly, it is

**ORDERED** that:

---

[1] I have not overlooked Case No. 4:19cv126-WS-CAS in which Plaintiff was allowed to proceed *in forma pauperis* in a substantially similar suit under the "imminent danger of serious physical injury" exception in §1915(g). However, unlike that case in which Plaintiff alleged that he was in imminent danger of serious physical injury at the facility where he was housed when the operative complaint was filed, Plaintiff did not allege any facts in this case indicating that he was in imminent danger of serious bodily injury at the facility where he was housed when the operative complaint in this case was filed. *See* Doc. 11, at 10-11. That said, because Case No. 4:19cv126-WS-CAS includes several of the same defendants and essentially the same claims as this case, Plaintiff will likely be able to litigate these claims in that case.

1. The magistrate judge's Report and Recommendation is **ADOPTED** and incorporated by reference in this Order.

2. Plaintiff's motion to proceed *in forma pauperis* (Doc. 2) is **DENIED**.

3. This case is **DISMISSED without prejudice** pursuant to 28 U.S. C. §1915(g).

4. The Clerk shall **CLOSE** the case file.

**DONE and ORDERED** this 13th day of August, 2019.

*T. Kent Wetherell, II*
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**